**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH,** Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.: (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant*, **LOS ANGELES POLICE DEPARTMENT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESTATE OF ATHONY SODERBERG, decedent; and SHIRLY SODERBERG, an individual,

Plaintiff,

vs.

LOS ANGELES POLICE DEPARTMENT, a public entity; and DOES 1 through 50, inclusive,

Defendants.

**CASE NO. CV18-03861 FMO (JPRx)**
*Hon. Fernando M. Olguin, Ctrm. 6D, 6th Fl.*
*Hon. Mag. Jean P. Rosenbluth, Ctrm. 690, 6th Fl.*

**DEFENDANT LOS ANGELES POLICE DEPARTMENT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COMES NOW DEFENDANT LOS ANGELES POLICE DEPARTMENT (hereinafter "Defendant"), answering Plaintiffs' Complaint for Damages for itself and for no other parties in the above-entitled action hereby admits, denies, and alleges as follows:

/ / /

/ / /

/ / /

"**INTRODUCTION**"

1.      Answering this paragraph, Defendant admits that 28 U.S.C. § 1983 applies to this case.  As to the remaining factual allegations, Defendant lacks sufficient information and belief upon which to answer them, and on that basis, denies the allegations.

2.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

3.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**JURISDICTION AND VENUE**"

4.      Answering this paragraph, Defendant admits that this Court has jurisdiction over this matter as the complaint alleges claims under federal law.

"**PARTIES**"

5.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

6.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

7.      Answering this paragraph, Defendant admits that the City of Los Angeles is a municipal corporation in the State of California and that the LAPD is a law enforcement agency within the City of Los Angeles.  As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

8.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies

the allegations.

9. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

10. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

11. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

12. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

13. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

14. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

15. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

16. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

17. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

18. As this paragraph does not contain any factual allegations, it goes unanswered.

19. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

20. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

21. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## "**FACTS COMMON TO ALL CLAIMS FOR RELIEF**"

22. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 21 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

23. Answering this paragraph, Defendant admits that on May 8, 2017 officers assigned to Foothill Division responded to a radio call on Althea Drive. As to the remaining factual allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

24. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

25. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

26. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

27.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

28.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

29.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

30.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

31.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

32.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

33.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

34.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

35.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

36.   Answering this paragraph, Defendant lacks sufficient information and belief

upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

37. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

38. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

39. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

40. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

**"FIRST CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

**EXCESSIVE FORCE**

**(*Plaintiffs against DOES 1 through 50*)"**

41. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 40 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

42. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

43. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

44. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

45. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

46. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

47. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

48. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

49. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**SECOND CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

**WRONGFUL DEATH**

**(*Plaintiffs against DOES 1 through 50*)**"

50. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 49 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

51. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies

the allegations.

52. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

53. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

54. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

55. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

56. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

57. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

58. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

**"<u>THIRD CLAIM FOR RELIEF</u>**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C § 1983)**

**SUBSTANTIVE DUE PROCESS**

**(*Plaintiffs against DOES 1 through 50*)"**

59. Answering this paragraph, which incorporates by reference the allegations of

paragraphs 1 through 58 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

60. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

61. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

62. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

63. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

64. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

65. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

66. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**FOURTH CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

**DEVERAUX CLAIM**

***(Plaintiffs against DOES 1 through 50)***"

67. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 66 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

68. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

69. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

70. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

71. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

72. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

73. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**FIFTH CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

***MONNEL* CLAIM**

**(Plaintiff against all Defendants)**"

74. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 73 of the pleading, Defendant to the same extent incorporates by

reference the answers provided herein to those paragraphs.

75. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

76. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

77. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

78. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

79. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

80. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

81. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

82. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

83. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

84.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

85.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

86.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

87.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

88.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

89.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

90.    Answering this paragraph and all of its subparts, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(a) through (i)   Answering each of these subparts of paragraph 90, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

91.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

92.    Answering this paragraph, Defendant lacks sufficient information and belief

upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

93. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

94. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

95. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

**(Failure To State A Cause of Action)**

1. Defendant alleges that the operative complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN

**(Qualified Immunity - Federal)**

2. Defendant is protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendant's employees did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Statute of Limitations)**

3. Some or all of Plaintiffs' claims may be barred by the Statute of Limitations.

**FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Standing)**

4. Some or all of the state claims are barred for lack of standing.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

Dated: June 1, 2018

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: *_/S/ Colleen R. Smith_*.
**COLLEEN R. SMITH**, Deputy City Attorney
Attorneys for Defendant, **LOS ANGELES POLICE DEPARTMENT**

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

Dated: June 1, 2018

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: *______/S/ Colleen R. Smith____________________*.
**COLLEEN R. SMITH**, Deputy City Attorney
Attorneys for Defendant, **LOS ANGELES POLICE DEPARTMENT**