1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN144074)
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF ANTHONY
SODERBERG, et al.,

            Plaintiffs,

   vs.

CITY OF LOS ANGELES, et al.,

            Defendants.

Case No.: 2:18-CV-3861-FMO-JPR

[*Hon. Fernando M. Olguin*]

**JOINT STIPULATION FOR A FURTHER BRIEF CONTINUANCE OF THE CURRENT DISCOVERY CUTOFF BY APPROXIMATELY ONE MONTH**

[[Proposed] Order *filed concurrently herewith*]

     COME NOW, Plaintiffs ESTATE OF ANTHONY SODERBERG, and

SHIRLEY SODERBERG, by and through their attorneys of record; and Defendants

CITY OF LOS ANGELES, et al., by and through their attorneys of record; and hereby

stipulate as follows:

     WHEREAS, Plaintiff filed the above-referenced litigation following an incident

involving her son, Anthony Soderberg and the Defendant Officers, who are members

of the LAPD's SWAT team;

     WHEREAS, on September 11, 2020, this Court reopened discovery with a

December 10, 2020 cutoff (*See* Dkt. No. 118, Order Re: Further Proceedings),

- 1 -
JOINT STIPULATION TO CONTINUE THE CURRENT DISCOVERY CUTOFF BY APPROXIMATELY
ONE MONTH

1    WHEREAS, on September 21, 2020, Plaintiff propounded Requests for

2   Production of Documents ("RFP") on Defendant City of Los Angeles;

3    WHEREAS, on October 29, 2020, following receipt of Defendant City's

4   responses and objections to Plaintiff's RFP, the parties met and conferred with respect

5   to a discovery dispute relating to Defendant City's document production;

6    WHEREAS, the parties have scheduled the deposition of LAPD Sgt. Timothy

7   Colomey to take place on November 17, 2020;

8    WHEREAS, the parties have scheduled the mediation in this case to take place

9   with Richard Copeland on November 30, 2020;

10    WHEREAS, the parties are continuing to meet and confer with respect to the

11   discovery dispute, and the parties believe that the dispute may be narrowed or clarified

12   after the parties conduct the deposition of Sgt. Colomey;

13    THEREFORE, the parties jointly agree and request additional time to resolve

14   this discovery dispute and, if necessary, to file the joint stipulation regarding the

15   discovery dispute following Sgt. Colomey's deposition and the pending mediation.

16   Specifically, the parties request a continuance of the current December 10, 2020

17   discovery cutoff to January 7, 2021.  The parties believe that good cause exists for this

18   request for the reasons stated above.

19

20    IT IS SO STIPULATED.

21

22

23

24

25

26

27

28
JOINT STIPULATION TO CONTINUE THE CURRENT DISCOVERY CUTOFF BY APPROXIMATELY
ONE MONTH

DATED: November 12, 2020      **LOS ANGELES CITY ATTORNEY'S OFFICE**

By: _____/s/ Colleen Smith_____

Cory M. Brente, Supervising Assistant City Attorney
Colleen R. Smith, Deputy City Attorney
*Attorneys for Defendants,* LOS ANGELES
POLICE DEPARTMENT and OFFICER
JOSEPH GOOSBY

DATED: November 12, 2020      **LAW OFFICES OF DALE K. GALIPO**

By: _____/s/ Renee V. Masongsong_____

Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiff*

- 3 -
JOINT STIPULATION TO CONTINUE THE CURRENT DISCOVERY CUTOFF BY APPROXIMATELY
ONE MONTH

## **SIGNATURE ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.


By: Renee V. Masongsong

JOINT STIPULATION TO CONTINUE THE CURRENT DISCOVERY CUTOFF BY APPROXIMATELY ONE MONTH