1  **LAW OFFICES OF DALE K. GALIPO**
2  Dale K. Galipo, Esq. (SBN144074)
   dalekgalipo@yahoo.com
3  21800 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367
4  Tel: (818) 347-3333
5  Fax: (818) 347-4118

6
7              UNITED STATES DISTRICT COURT
8          FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10 SHIRLEY SODERBERG,                    Case No.: 2:18-CV-3861-FMO-JPR
11                                       [*Hon. Fernando M. Olguin*]
                   Plaintiff,
12      vs.                              **NOTICE OF CONDITIONAL
13                                       SETTLEMENT AND JOINT
                                         STIPULATION FOR A FURTHER
14 CITY OF LOS ANGELES, et al.,          CONTINUANCE OF THE
                                         DISCOVERY DATES IN THE EVENT
15                 Defendants.           THE SETTLEMENT IS NOT
16                                       APPROVED**

17                                       [[Proposed] Order *filed concurrently herewith*]
18
19
20
21      COME NOW, Plaintiff SHIRLEY SODERBERG, by and through her attorney
22 of record, and Defendants CITY OF LOS ANGELES, et al., by and through their
23 attorneys of record ("the Parties") and hereby inform the Court that the parties have
24 reached a conditional settlement in the above-referenced case as to all claims and
25 parties. The settlement is conditioned on approval by the Los Angeles City Council.
26 The City anticipates that the approval process will take approximately twelve weeks.
27 If this settlement is approved, the parties will file a formal stipulation of dismissal
28 with prejudice after Plaintiff's counsel receives the settlement funds.

- 1 -

1  The Parties jointly agree and request a continuance of the discovery cutoff in this case, including because the Parties will need time to complete Sgt. Colomey's deposition and also resolve their pending discovery dispute in the event that the settlement is not approved. Therefore, the Parties jointly agree and request a further continuance of the current March 5, 2021 discovery cutoff to July 5, 2021. The deposition of LAPD Sgt. Colomey is currently scheduled to take place on January 5, 2021. The Parties have agreed to reschedule this deposition to a later date in the event that the settlement is not approved. The parties believe that good cause exists for this request for the reasons stated above.

IT IS SO STIPULATED.

DATED: December 31, 2020   **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Asst. City Attorney
**SCOTT MARCUS,** Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____*/S/ Cory M. Brente*_____
**COLLEEN R. SMITH**, Deputy City Attorney
*Attorneys for Defendants*, **LOS ANGELES POLICE DEPARTMENT and JOSEPH GOOSBY**

DATED: December 31, 2020   **LAW OFFICES OF DALE K. GALIPO**

By: _____*/s/ Dale K. Galipo*_____
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiff*

## SIGNATURE ATTESTATION

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.

By: ___*/s/ Dale K. Galipo*___