# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SODERBERG,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: 2:18-CV-3861-FMO-JPR<br><br>[*Hon. Fernando M. Olguin*]<br><br>**ORDER GRANTING JOINT STIPULATION FOR A FURTHER CONTINUANCE OF THE DISCOVERY DATES IN THE EVENT THE SETTLEMENT IS NOT APPROVED** |

Having reviewed the parties' Notice of Conditional Settlement and Joint Stipulation for a Further Continuance of the Discovery Dates in the Event the Settlement is Not Approved, and GOOD CAUSE appearing therein, it is hereby ordered that the current March 5, 2021 discovery cutoff is continued to July 5, 2021.

IT IS SO ORDERED.

DATED: January 8, 2021

_____/s/_____
Hon. Fernando M. Olguin
United States District Court

- 1 -
[PROPOSED] ORDER