**MICHAEL N. FEUER,** City Attorney - SBN 111529
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney – SBN 212289
**SCOTT MARCUS, Chief,** Senior Assistant City Attorney - SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH,** Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES and JOSEPH GOOSBY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ATHONY SODERBERG; and SHIRLEY SODERBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; JOSEPH GOOSBY, an individual; DAVID KEORTGE, an individual; JUAN FLORES, an individual; ROBERT GALLEGOS, an individual; JONATHAN PULTZ, an individual; MARIO RIOS, an individual; JERRY FRITZ, an individual; BILLY LEE, an individual; CLIFF CHU, an individual; CANAAN BODELL, an individual; GREGORY MARTIN, an individual; MICHAEL MESSENGER, an individual; JEREMY ESCAMILLA, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.  CV18-03861 FMO (JPRx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D, 6th Fl.*<br>*Hon. Mag. Jean P. Rosenbluth, Ctrm. 690, 6th Fl.*<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Filed concurrently with [Proposed] Order]** |

**TO THE ABOVE-ENTITLED COURT:**

1

1     IT IS HEREBY STIPULATED by and between Plaintiff **SHIRLEY**

2  **SODERBERG**, on the one hand and Defendants **CITY OF LOS ANGELES, et al.**, on

3  the other hand, through their attorneys of record, as follows:

4     Plaintiff **SHIRLEY SODERBERG** and Defendant **CITY OF LOS ANGELES**

5  have reached a settlement in the above-entitled matter. **JOSEPH GOOSBY, DAVID**

6  **KEORTGE, JUAN FLORES, ROBERT GALLEGOS, JONATHAN PULTZ,**

7  **MARIO RIOS, JERRY FRITZ, BILLY LEE, CLIFF CHU, CANAAN BODELL,**

8  **GREGORY MARTIN, MICHAEL MESSENGER, and JEREMY ESCAMILLA** are

9  not parties to the settlement between Plaintiff and the **CITY OF LOS ANGELES**, but

10  are being dismissed from this matter with prejudice.

11     Thus, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties

12  hereby stipulate that the entire above-entitled action against Defendants **CITY OF LOS**

13  **ANGELES, et al.**, be dismissed, with prejudice. Each party to bear their own costs and

14  fees. This dismissal does not constitute an adjudication on the merits.

15

16  ***IT IS SO STIPULATED.***

17

18

19  Dated: May 4, 2021          **LAW OFFICES OF DALE K. GALIPO**

20                              By: _____

21                                  **DALE K. GALIPO**, Esq.

22                                  **RENEE V. MASONGSONG**, Esq.
                                    *Attorneys for Plaintiff,* **SHIRLEY SODERBERG**

23

24  Dated: May 6, 2021          **KIRAKOSIAN LAW APC**

25                              By: _____

26                                  **GREGORY L. KIRAKOSIAN**, Esq.
                                    *Attorneys for Plaintiff,* **SHIRLEY SODERBERG**

27

28

*Soderberg v. City of Los Angeles, et al.*
*Stipulation of Dismissal*

1   Dated: May__, 2021     **MICHAEL N. FEUER,** City Attorney

                          **KATHLEEN A. KENEALY,** Chief Dep. City Attorney

2                           **SCOTT MARCUS,** Senior Assistant City Attorney

3                           **CORY M. BRENTE,** Senior Assistant City Attorney

4                           By: _____ */s/ Colleen R. Smith*_____

5                               **COLLEEN R. SMITH,** Deputy City Attorney

                              *Attorneys for Defendants,* **CITY OF LOS ANGELES**

6                             **and JOSEPH GOOSBY**

7

8   Dated: May __, 2021     **ORBACH HUFF SUAREZ AND HENDERSON LLP**

9                           By: _____ */s/ Kevin E. Gilbert*_____

10                               **KEVIN E. GILBERT,** Esq.

                              Attorneys for Defendants, **DAVID KEORTGE,**

11                             **ROBERT GALLEGOS, JONATHAN PULTZ,**

12                             **MARIO RIOS, BILLY LEE, CANAAN BODELL,**

13                             **GREGORY MARTIN, MICHAEL MESSENGER,**

                              **and JEREMY ESCAMILLA**

14

15   Dated: May __, 2021     **FERGUSON PRAET AND SHERMAN APC**

16

17                           By: _____ */s/ Peter J. Ferguson*_____

18                               **PETER J. FERGUSON,** Esq.

                              Attorneys for Defendants, **JUAN FLORES, JERRY**

19                             **FRITZ, and CLIFF CHU**

20

21

22

23

24

25

26

27

28

*Soderberg v. City of Los Angeles, et al.*
*Stipulation of Dismissal*