**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ATHONY SODERBERG; and SHIRLEY SODERBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; JOSEPH GOOSBY, an individual; DAVID KEORTGE, an individual; JUAN FLORES, an individual; ROBERT GALLEGOS, an individual; JONATHAN PULTZ, an individual; MARIO RIOS, an individual; JERRY FRITZ, an individual; BILLY LEE, an individual; CLIFF CHU, an individual; CANAAN BODELL, an individual; GREGORY MARTIN, an individual; MICHAEL MESSENGER, an individual; JEREMY ESCAMILLA, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. CV18-03861 FMO (JPRx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D, 6th Fl.*<br>*Hon. Mag. Jean P. Rosenbluth, Ctrm. 690, 6th Fl.*<br><br>**ORDER RE: STIPULATION [129] OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against all Defendants, including **CITY OF LOS ANGELES, JOSEPH GOOSBY, DAVID KEORTGE, JUAN**

1

| | |
|---|---|
| 1 | **FLORES, ROBERT GALLEGOS, JONATHAN PULTZ, MARIO RIOS, JERRY** |
| 2 | **FRITZ, BILLY LEE, CLIFF CHU, CANAAN BODELL, GREGORY MARTIN,** |
| 3 | **MICHAEL MESSENGER and JEREMY ESCAMILLA,** is dismissed, with prejudice, |
| 4 | in its entirety. Each party to bear their own costs and fees. This dismissal does not |
| 5 | constitute an adjudication on the merits. |
| 6 | |
| 7 | *IT IS SO ORDERED.* |
| 8 | |
| 9 | Dated May 21, 2021      By: _____/s/_____ |
| | **HONORABLE FERNANDO M. OLGUIN** |
| 10 | **UNITED STATES DISTRICT JUDGE** |